[Nos. 10938–7–II; 11094–6–II.   Division Two.   May 16, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
MATLOCK, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TINA LOUISE
DERR, *Appellant.*

Appeals from a judgment of the Superior Court for Cow-
litz County, No. 87–1–00006–8, Don L. McCulloch, J.,
entered April 9, 1987. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Reed and Petrich, JJ.

[Nos. 11006–7–II; 11137–3–II.   Division Two.   May 16, 1989.]

HAROLD MASON, ET AL, *Appellants,* v. DONALD PEJSA,
ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Kitsap
County, No. 84–2–01148–5, Robert L. Charette, J., entered
April 21 and June 8, 1987. *Affirmed* as to cause 11006–7–II
and *reversed* as to cause 11137–3–II by unpublished opin-
ion per Petrich, A.C.J., concurred in by Reed and Wors-
wick, JJ.

[No. 9169–4–III.   Division Three.   May 16, 1989.]

ROBERT P. VOLKMAN, *Appellant,* v. CAROL L. MARTIN,
*Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 245091, Donald N. Olson, J. Pro Tem.,
entered February 1, 1988. *Affirmed* by unpublished per
curiam opinion.

The unpublished opinion in this cause, which was filed
on March 28, 1989, is *withdrawn* May 16, 1989.